**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 21-01-LPS |
| | ) |
| SAMUEL GULICK, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**AND NOW**, this  17th  day of   March   2022, having considered the Government's Unopposed Motion to Modify Special Conditions of Supervised Release, this Court having found that the sentencing factors support a modification in conditions of release, *see* 18 U.S.C. § 3553(a), **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The defendant shall be subject to the following additional Special Condition of Supervised Release:

You must not communicate, or otherwise interact, with John Detwiler, John Hiner, John Hiner, Jr., Melanie Hiner, Joe Roach, or Bella Smith, either directly or through someone else without first obtaining the permission of the probation officer.

_____
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE